NEDY, J., concurring) (noting that more than 40 States had already outlawed gun possession at or near schools, and observing that "the reserved powers of the States are sufficient to enact those measures").

\* \* \*

Fifteen years ago in *Lopez*, we took a significant step toward reaffirming this Court's commitment to proper constitutional limits on Congress' commerce power. If the *Lopez* framework is to have any ongoing vitality, it is up to this Court to prevent it from being undermined by a 1977 precedent that does not squarely address the constitutional issue. Lower courts have recognized this problem and asked us to grant certiorari. I would do so.

No. 10–263. SONY MUSIC ENTERTAINMENT, FKA SONY BMG MUSIC ENTERTAINMENT, ET AL. *v.* STARR ET AL. C. A. 2d Cir. Certiorari denied. THE CHIEF JUSTICE and JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition. ▇

No. 10–309. CASTRO, INDIVIDUALLY AND AS NEXT FRIEND OF R. M. G. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–360. KENTUCKY *v.* BROWN. Sup. Ct. Ky. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 10–433. ROTHE DEVELOPMENT CORP. *v.* DEPARTMENT OF DEFENSE ET AL. C. A. Fed. Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

---

287.2 (Lexis 2009). North Carolina, by comparison, enhances all felony offenses by one class level if the offender wears or possesses body armor during the commission of the felony. N. C. Gen. Stat. Ann. § 15A–1340.16C (Lexis 2009). The States also define "body armor" in many different ways. See M. Puckett, Body Armor: A Survey of State & Federal Law (2d ed. 2004). Montana, Hawaii, Alaska, Maine, Nebraska, and Rhode Island, among others, have elected not to regulate body armor at all. See *United States* v. *Patton*, 451 F. 3d 615, 631, n. 7 (CA10 2006) (categorizing the various state schemes).